# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Maureen P. | U.S. District Court for the Western District of Pennsylvania | 07/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court of the Western District of PA
9280 U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Carnegie Museum of Natural History |
| 2. | Board Member | Seton LaSalle Catholic High School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/30/2012 | Dattilo & Associates. Referral fee on case referred to another law firm in 2008 (prior to appointment to judicial position in June 2011). Contingent | $20,562.50 |
| 2. | (continued from above) referral fee paid at the end of the litigation on November 30, 2012. | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Architect, S-Corp, Hayes Design Group-Architects, Inc. - W2 and K1 (Employee & 100% Shareholder) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab retirement inherited IRA | C | Distribution | J | T | | | | | |
| 2. -Cash & Cash Equivalents (Schwab various accounts) | | None | J | T | | | | | |
| 3. -Large Domestic Equity Berkshire Hathaway class B stock | | None | J | T | | | | | |
| 4. -Large Domestic Equity Longleaf Partners Fund | | None | J | T | | | | | |
| 5. -Large Domestic Equity Wintergreen Fund | | None | J | T | | | | | |
| 6. PNC Savings Account | A | Interest | J | T | | | | | |
| 7. BCCZ 401K Retirement Plan (no control) | | | N | U | | | | | |
| 8. PNC Savings Account | A | Interest | J | T | | | | | |
| 9. Schwab Brokerage Account | | | | | | | | | |
| 10. -Large Domestic Equity American Express Co Stock Fund | C | Int./Div. | L | T | Sold (part) | 09/07/12 | J | C | |
| 11. -Large Domestic Equity Berkshire Hathaway Stock Fund | | None | J | T | | | | | |
| 12. -Large Domestic Equity Walt Disney Stock Fund | C | Int./Div. | | | Sold | 09/07/12 | J | C | |
| 13. -Large Domestic Equity Dodge & Cox Stock Fund | | None | L | T | | | | | |
| 14. -Large Domestic Equity Touchstone Sands Capital Fund | | None | L | T | Buy | 05/03/12 | L | | |
| 15. -Large Domestic Equity Harbor Cap Appreciation Stock Fund | | None | L | T | | | | | |
| 16. -Large Domestic Equity Jensen Portfolio Stock Fund Stock Fun | A | Int./Div. | L | T | | | | | |
| 17. -Large Domestic Equity Legg Mason Cap Mgmt Oppty TrStock Fun | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Large Domestic Equity LongLeaf Partners Mutual Fund | D | Int./Div. | L | T | Sold (part) | 11/08/12 | J | D | |
| 19. -Large Domestic Equity LongLeaf Partners Mutual Fund | A | Int./Div. | L | T | Buy (add'l) | 05/03/12 | K | | |
| 20. -Large Domestic Equity PNC Fin Services Stock Fund | A | Int./Div. | J | T | | | | | |
| 21. -Large Domestic Equity Sequoia Mutual Fund | | None | K | T | | | | | |
| 22. -Large Domestic Equity Yacktman Focused Mutual Fund | A | Int./Div. | L | T | Sold (part) | 12/26/12 | J | A | |
| 23. -Small Domestic Equity AKRE Focus Mutual Fund | A | Int./Div. | L | T | Sold (part) | 12/14/12 | J | A | |
| 24. -Small Domestic Equity AKRE Focus Mutual Fund | | None | L | T | Buy (add'l) | 05/03/12 | K | | |
| 25. -Small Domestic Equity Evermore Global Mutual Fund | | None | J | T | | | | | |
| 26. -Small Domestic Equity Fairholme Mutual Fund | | None | L | T | | | | | |
| 27. -Small Domestic Equity FPA Capital Stock Fund | E | Int./Div. | L | T | Sold (part) | 08/01/12 | K | E | |
| 28. -Small Domestic Equity Longleaf Partners Mutual Fund | | None | K | T | | | | | |
| 29. -Small Domestic Equity Third Avenue Mutual Fund | C | Int./Div. | M | T | | | | | |
| 30. -Small Domestic Equity Wintergreen Mutual Fund | A | Int./Div. | K | T | Sold (part) | 10/16/12 | J | A | |
| 31. -International Equity First Eagle Overseas Stock Fund | A | Int./Div. | L | T | Sold (part) | 12/12/12 | J | A | |
| 32. -International Equity First Eagle Overseas Stock Fund | A | Int./Div. | L | T | Buy (add'l) | 05/03/12 | L | | |
| 33. -International Equity Harbor International Stock Fund | | None | L | T | | | | | |
| 34. -International Equity Longleaf Partners Stock Fund | A | Int./Div. | L | T | Sold (part) | 11/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -International Equity Oakmont Global Stock Fund | A | Int./Div. | M | T | Sold (part) | 12/13/12 | J | A | |
| 36. -International Equity Tweedy Browne Global Stock Fund | A | Int./Div. | L | T | Sold (part) | 12/27/12 | J | A | |
| 37. -Real Estate Securities Tejon Ranch Real Estate Mutual Fund | A | Int./Div. | | | Sold | 09/07/12 | J | A | |
| 38. -Real Estate Securities Third Ave RE fund | A | Int./Div. | K | T | Sold (part) | 12/18/12 | J | A | |
| 39. -Alternative Equity Greenspring Mutual Fund | A | Int./Div. | J | T | Sold (part) | 12/19/12 | J | A | |
| 40. -Alternative Equity AQR Diversified Mutual Fund | | None | L | T | Buy | 05/03/12 | L | | |
| 41. -Alternative Equity Litman Gregory Masters Mutual Fund | | None | L | T | Buy | 05/03/12 | K | | |
| 42. -Fixed Income FPA New Income Stock Fund | A | Int./Div. | | | Sold | 07/02/12 | J | A | |
| 43. -Fixed Income Loomis Sayles Bond Fund | | None | K | T | Buy (add'l) | 01/23/12 | J | | |
| 44. -Fixed Income PIMCO Unconstrained Bond Fund | A | Int./Div. | K | T | Sold (part) | 12/12/12 | J | A | |
| 45. -Fixed Income PIMCO Unconstrained Bond Fund | | None | K | T | Buy (add'l) | 01/31/12 | J | A | |
| 46. -Fixed Income Third Ave Focused Bond Fund | | None | K | T | | | | | |
| 47. -Fixed Income Thornburg Strategic Bond Fund | A | Int./Div. | J | T | Sold (part) | 11/20/12 | J | A | |
| 48. -Fixed Income Thornburg Strategic Bond Fund | A | Int./Div. | J | T | Buy (add'l) | 01/31/12 | J | | |
| 49. -Cash & Cash Equivalents (Schwab various accounts) | A | Interest | M | T | | | | | |
| 50. -American Funds Invest acct Capital Income Builder | A | Dividend | J | T | | | | | |
| 51. -American Funds Invest acct Capital Income Builder | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 07/29/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Maureen P. | 07/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Maureen P. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544